UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
November 10, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

*FILED UNDER SEAL PURSUANT TO FED. R. CRIM. P. 6(e)*
CASE NO. 3:21-cr-0440-M

vs.

JOHN GRISHAM (01)
ROB WILBURN (02)
_____/

## UNITED STATES' *EX PARTE* MOTION TO SEAL

The United States of America respectfully requests that the Government Filter Team's Ex Parte Supplement to the Protocol Motion be SEALED until further order of this Court on the grounds that it contains material relating to an ongoing grand jury matter.

This the 10th day of November, 2021.

Respectfully submitted,

JOSEPH BEEMSTERBOER, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:   */s/ Timothy J. Coley*
TIMOTHY J. COLEY
District of Columbia Bar No. 997762
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
Special Matters Unit
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 514-0395
Timothy.J.Coley@usdoj.gov