# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:21-CR-00440-M |
| RICHARD SPEIGHTS, JR. (3), | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the Government's Unopposed Motion to Adopt Protective Order Governing Disclosure of Discovery Materials as to Defendant Richard Speights, Jr. ECF No. 112. The Motion is **GRANTED**.

Any discovery materials disclosed by the Government to Defendant Speights and his defense counsel are subject to the Court's November 10, 2021, Protective Order (ECF No. 26).

**SO ORDERED**.

February 24, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE