UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21 CR 440-M |
| ) | **UNDER SEAL** |
| JOHN GRISHAM and ) | |
| ROB WILBURN ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO DEFENDANTS' MOTION FOR ADDITIONAL DISCOVERY IN ADVANCE OF EVIDENTIARY HEARING

Non-parties James Courville, Barrett Howell, and Ryan Meyer (collectively, "Movants") move this Court for leave to file under seal a response to Defendants' Motion for Additional Discovery in Advance of Evidentiary Hearing (Dkt. No. 144) and state as follows in support.

1. On May 3, 2023, Defendants' counsel provided counsel for Movants with a copy of Defendants' Motion for Additional Discovery in Advance of Evidentiary Hearing (Dkt. No. 144). Among other things, Defendants' Motion seeks an order from this Court compelling Messrs. Howell and Meyer—attorneys for Mr. Courville—to produce:

> "[c]opies of any and all notes, taken by Courville or his counsel, whether typed or handwritten (including drafts), for meetings or calls between Courville or his counsel and any member of the prosecution team or member of a cooperating organization or agency." (Dkt. No. 144 at 2.).

2. On May 4, 2023, Movants were given leave to respond to Defendants' Motion by May 5, 2023.

3. Given that Defendants' Motion and related filings are under seal, Movants respectfully request leave to file their response brief, attached hereto, under seal.

Wherefore, Movants respectfully request that this Court grant this motion and allow them to file under seal a response brief.

Date: May 5, 2023

                                                                  Respectfully submitted,

                                                                  /s/ *Brandon N. McCarthy*
                                                                  Brandon N. McCarthy
                                                                  Texas State Bar Number 24027486
                                                                 Katten Muchin Rosenman LLP
                                                                 2121 North Pearl Street
                                                                 Suite 1100
                                                                 Dallas, Texas 75201
                                                                 Phone: (214) 765-3680

                                                                 *Attorney for Non-Parties James Courville, Barrett Howell, and Ryan Meyer*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served on all parties and counsel of record via the Court's CM/ECF system on this the 5th day of May, 2023.

                                                                 /s/ *Brandon N. McCarthy*
                                                                 Brandon N. McCarthy

## CERTIFICATE OF CONFERENCE

I certify that on this the 5th day of May, 2023, I conferred with counsel of record regarding the foregoing motion. All counsel has no objection to the filing of the instant motion.

                                                                 /s/ *Brandon N. McCarthy*
                                                                Brandon N. McCarthy